| Exhibit C ||||
|---|---|---|---|
| ECF Numbers to Unseal Without Redactions in Thirty Days ||||
| 10-cv-13440 | 11-cv-12117 | 11-cv-12515 | 11-cv-14312 |
| 6 | 6 | 4 | 4 |
| 8 | 11 | 6 | 6 |
| 10 | 13 | 9 | 8 |
| 12 | 15 | 11 | 10 |
| 14 | 21 | 14 | 12 |
| 16 | 23 | 20 | 14 |
| 22 | 25 | 22 | 16 |
| 27 | 27 | 24 | 18 |
| 33 |  |  | 20 |
| 66 |  |  |  |
| 82 |  |  |  |